UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROGER G. CANUPP, JACOB MYERS, LAWRENCE MCGEE, HUBERT DAVIDSON, TYWAUN JACKSON, CHARLES DURDEN, DANIEL FABIAN, BRUCE KRAMER,

   Plaintiffs,

vs.        Case No. 2:04-cv-260-FtM-33DNF

LIBERTY BEHAVIORAL HEALTHCARE CORP., LUCY HADY, Secretary of the Department of Children and Families,

   Defendants.
_____/

## ORDER

This matter comes before the Court sua sponte. On July 19, 2005, a Case Management Report (Doc. #76) was filed. Upon review of the Case Management Report, the Court discovered that the parties have not complied with Local Rule 3.05(c)(2)(B)&(C), which sets forth the requirements for a proper Case Management Report. The Case Management Report filed by the parties herein therefore affords the Court no basis upon which to enter its Case Management and Scheduling Order and monitor the case's progress to completion.

Accordingly, it is hereby

**ORDERED, ADJUDGED and DECREED:**

The Plaintiff shall meet and confer with opposing counsel for the filing of a Case Management Report within **TWENTY** days of this

Order.  The Case Management Report shall be filed within **TEN** days of the meeting.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 20th day of July, 2005.

                                              VIRGINIA M. HERNANDEZ COVINGTON
                                              UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record